# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JOY RENAE JOHNSON | § | |
| | § | |
| v. | § | Civil Action No. 4:16-CV-301 |
| | § | |
| ACTING COMMISSIONER OF SOCIAL | § | |
| SECURITY ADMINISTRATION | § | |

## MEMORANDUM OPINION AND ORDER

The Court, having reviewed Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (Dkt. #16) and Commissioner's Response (Dkt. #18), wherein Commissioner states it does not oppose and has no objection to the requested fee, finds that Plaintiff's Motion is well taken and should be granted. Accordingly,

It is therefore **ORDERED** that Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (Dkt. #16) is **GRANTED**, and the Commissioner is directed to pay Plaintiff six thousand, two hundred and twenty eight dollars and sixty-two cents ($6,228.62) as reasonable attorney and paralegal's fees, plus costs in the amount of four hundred and sixteen dollars and eighty cents ($416.80), plus twenty two dollars and seventy nine cents ($22.79) in expenses, for a total of six thousand six hundred sixty eight dollars and twenty one cents ($6,668.21) made payable to Plaintiff, such payment to be mailed to Plaintiff's counsel.

**IT IS SO ORDERED**.

**SIGNED this 21st day of November, 2017.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE